UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

HANNY APONTE,

    Plaintiff,

vs.

AMERICAN SALES MANAGEMENT
ORGANIZATION, LLC and FRANCISCO
JAVIER AGUSTIN RABELL TORELLO,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, **AMERICAN SALES MANAGEMENT ORGANIZATION, LLC** ("Eulen America") and **FRANCISCO JAVIER AGUSTIN RABELL TORELLO** ("Rabell Torello") (collectively "Defendants"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1441 (a) and (c), 1446, and 1331, hereby files this Notice of Removal of this action to the United States District Court for the Southern District of Florida. The removal of this action is premised upon the following:

    1.    Plaintiff, Hanny Aponte (hereinafter "Plaintiff"), filed this action against Defendants in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No.: 2020-010823-CA-01 (the "State Court Action). A copy of all process, pleadings, and documents served on Defendants is attached as **Exhibit A** and are incorporated herein by reference.[1]

---

[1] By removing this case, Defendants are not waiving any of their defenses that they have to Plaintiff's claims.

1

SPDN-868764429-2724188

2. Plaintiff's Complaint alleges causes of action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

3. Pursuant to U.S.C. § 1331, the district courts shall have original jurisdiction of all civil actions arising under the laws of the United States. Additionally, pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. Thus, this Court has original jurisdiction over Plaintiff's claims arising under the FLSA, and therefore, this action is removable under 28 U.S.C. § 1441 (a) and (c).

5. Eulen America has a location in Miami-Dade County, Florida, and Robell Torello is domiciled in Miami-Dade County, Florida. Thus, venue may properly lie in the United States District Court for the Southern District of Florida, Miami Division. *See* 28 U.S.C. § 1391(b).

6. On June 4, 2020, Rabell Torello was served with the Complaint.[2] This Notice of Removal is being filed on June 24, 2020. Thus, this Notice of Removal is being timely filed within thirty days after Defendant was served with process. *See* 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Circuit Court, Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B.**

---

[2] Eulen America has not yet been served with the Complaint, but it consents to the removal of the State Court Action to this Court.

8. Defendants have complied with all of the requirements for removal under Title 28 of the United States Code, and this Court has jurisdiction over all the parties and its territorial jurisdiction embraces the place where the State Court Action is pending.

9. By filing this Notice of Removal, Defendants do not admit any of the averments in Plaintiff's Complaint, or waive any defense, and expressly reserve any objections as to service and personal jurisdiction.

WHEREFORE, Defendants hereby request the removal of this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

Dated: **June 24, 2020**    Respectfully submitted,

/s/Suhaill M. Morales
Suhaill M. Morales
Florida Bar No. 084448
smorales@anblaw.com
Steven Reardon
Florida Bar No. 1003515
sreardon@anblaw.com
**Allen, Norton & Blue, P.A.**
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic mail, on this **24th day of June 2020**, upon:

Jason S. Remer, Esq.
Florida Bar No.: 165580
jremer@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Counsel for Plaintiff

                                              /s/Suhaill M. Morales
                                              Attorney