United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Hanny Aponte, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-22617-Civ-Scola |
| American Sales Management Organization Corp. and Francisco Javier Agustin Rabell Torello, Defendants. | ) |

### Order Approving FLSA Settlement and Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement agreement and to dismiss the case. (ECF No. 29.) Having reviewed the record, the relevant legal authorities, and the settlement agreement which was submitted to the Court for *in camera* review, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 29**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. All pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on December 2, 2020.

_____
Robert N. Scola, Jr.
United States District Judge